**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| William Abraczinskas,<br><br>     Plaintiff,<br><br>v.<br><br>Judiciary of the Commonwealth of the<br>Northern Mariana Islands, et al.,<br><br>     Defendants. | Case No. 2:26-cv-00654-APG-NJK<br><br>**ORDER**<br><br>[Docket Nos. 10, 12] |

Pending before the Court are Plaintiff's motions for appointment of counsel. Docket Nos. 10, 12. The Court does not require a response or a hearing. *See* Local Rule 78-1.

On March 26, 2026, Plaintiff filed a motion for appointment of counsel. Docket No. 6. On March 30, 2026, the Court denied Plaintiff's motion for appointment of counsel. Docket No. 8. The instant motions are duplicative of Plaintiff's previous motion. *Compare* Docket Nos. 10 *and* 12, *with* Docket No. 6.

Accordingly, the Court **DENIES** Plaintiff's motions for appointment of counsel. Docket Nos. 10, 12.

IT IS SO ORDERED.

Dated: March 31, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1