**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM J. ABRACZINSKAS, | Case No.: 2:26-cv-00654-APG-NJK |
| Plaintiff | **Order (1) Accepting Report and Recommendation in Part, (2) Affirming Order Denying Appointment of Counsel, and (3) Transferring Venue** |
| v. | |
| JUDICIARY OF THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, et al., | [ECF Nos. 5, 8, 13, 14] |
| Defendants | |

On March 12, 2026, Magistrate Judge Koppe recommended dismissal of plaintiff William Abraczinskas's complaint because it is duplicative of a lawsuit he filed in the Northern Mariana Islands and this district is an improper venue for his Title VII claims. ECF No. 5. Abraczinskas filed three nearly identical objections. ECF Nos. 7, 9, 11.

I have conducted a de novo review of the issues set forth in Judge Koppe's Report and Recommendation under Local Rule IB 3-2. Abraczinskas's objections do not rebut Judge Koppe's findings or conclusions that venue in this district is improper. Judge Koppe set forth the proper legal analysis and factual basis for that part of the decision, and I accept and adopt it as my own. However, in the interest of justice, I will not dismiss Abraczinskas's complaint. Rather, I will transfer this case to the United States District Court for the Northern Mariana Islands under 28 U.S.C. § 1406(a).

On March 30 and 31, 202, Magistrate Judge Koppe denied Abraczinskas's three motions for appointment of counsel. ECF Nos. 8, 13. Abraczinskas appealed those orders. ECF No. 14. I have reviewed the appeal, Judge Koppe's orders, and the underlying papers. Judge Koppe's orders are not "clearly erroneous or contrary to law." Local Rule IB 3-1(a). The issues involved

in this case are not complex or extraordinary, Abraczinskas is a law school graduate and has been able to articulate his claims so far, and this case is being transferred to the Northern Mariana Islands. Abraczinskas does not need Nevada counsel

I THEREFORE ORDER that Magistrate Judge Koppe's orders **(ECF Nos. 8, 13) are affirmed** and Mr. Abraczinskas's appeal of those orders **(ECF No. 14) is denied**.

I FURTHER ORDER that Magistrate Judge Koppe's Report and Recommendation **(ECF No. 5) is accepted in part**. I order the clerk of court to **transfer this case to the United States District Court for the Northern Mariana Islands** and to close this file.

DATED this 29th day of May, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2